FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
BRYCE A. GEE (SBN 222700)
STRUMWASSER & WOOCHER LLP
100 Wilshire Boulevard, Suite 1900
Santa Monica, California 90401
Telephone:  (310) 576-1233
Facsimile:  (310) 319-0156
E-mail: fwoocher@strumwooch.com

* E-filed 8/18/06 *

Attorneys for Defendants-Intervenors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIAS HEREDIA, VIRGINIA BURGUENO, RANDY KIRK, and CLARENCE STONE

Plaintiffs,

v.

SANTA CLARA COUNTY, governmental corporation formed under the laws of the State of California, THE SANTA CLARA COUNTY BOARD OF SUPERVISORS, JESSE DURAZO, in his official capacity as the Registrar of Voters for Santa Clara County,

Defendants,

and,

MARY DAVEY, DENNIS KENNEDY, and PEOPLE FOR LAND AND NATURE,

Defendants-Intervenors.

CASE NO. C 06-04718 RMW (HRL)

JOINT STIPULATION FOR INTERVENTION OF MARY DAVEY, DENNIS KENNEDY, AND PEOPLE FOR LAND AND NATURE; AND [PROPOSED] ORDER

Judge: Hon. Ronald M. Whyte
Ctrm: 6
Date: N/A
Time: N/A

Printed on Recycled Paper

JOINT STIPULATION FOR INTERVENTION; [PROPOSED] ORDER

1    WHEREAS Plaintiffs brought this action on August 4, 2006, challenging the validity of the
2    petitions circulated to qualify the Initiative for Conservation of Hillsides, Ranchlands, and
3    Agricultural Lands (the "Initiative") for the November 7, 2006, ballot, and further seeking an order
4    enjoining Defendants from further processing, certifying, adopting, and/or submitting the Initiative
5    to the voters in the County until the Initiative is re-submitted and re-circulated in compliance with
6    the Voting Rights Act of 1965;
7    WHEREAS Plaintiffs named as Defendants Santa Clara County, the Santa Clara County
8    Board of Supervisors, and Jesse Durazo (collectively, "Defendants");
9    WHEREAS Plaintiffs did not name as Defendants any of the official proponents or sponsors
10   of the Initiative;
11   WHEREAS Mary Davey and Dennis Kennedy, two of the official proponents of the
12   Initiative, and People for Land and Nature ("PLAN"), an organization that drafted, sponsored, and
13   circulated for signature the Initiative petition, want to be added as Defendants-Intervenors;
14   WHEREAS the existing parties agree that proposed Defendants-Intervenors Davey, Kennedy,
15   and PLAN may immediately intervene in this action;
16   WHEREAS pursuant to Rule 24(c) of the Federal Rules of Civil Procedure, proposed
17   Defendants-Intervenors file with this joint stipulation their proposed Answer to the Complaint;
18   WHEREAS time is of the essence for this stipulation, and Plaintiffs believe that time is of
19   the essence for this litigation, as Plaintiffs have requested an expedited briefing and hearing schedule
20   on a Motion for Preliminary Injunction, under which opposition briefs would be due on August 18,
21   2006, and the hearing on the preliminary injunction would be held on August 25, 2006 (Plaintiffs
22   have offered to stipulate to a September 1, 2006 hearing date for their Motion for Preliminary
23   Injunction to accommodate proposed Defendants-Intervenors);
24   NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs,
25   Defendants, and proposed Defendants-Intervenors, through their respective undersigned counsel,
26   that:
27   1.    Mary Davey, Dennis Kennedy, and PLAN may immediately intervene as Defendants-
28   Intervenors in this action; and

1

*Heredia, et al. v. Santa Clara County, et al.*
STIPULATION FOR INTERVENTION; [PROPOSED] ORDER
Case No. CV 06-04718 RMW (HRL)

1     2. Following entry of the Order on this Stipulation, Plaintiffs' overnight-mail delivery
2 of the Complaint, Plaintiffs' Motion for Preliminary Injunction, Plaintiffs' Motion for Order
3 Shortening Time on Motion for Preliminary Injunction, and supporting papers to counsel for
4 proposed Defendants-Intervenors identified below shall be considered effective service on those
5 Defendants.

7 DATE: August 15, 2006      Respectfully submitted,

8      STRUMWASSER & WOOCHER LLP
     Fredric D. Woocher
9      Michael J. Strumwasser
     Bryce A. Gee

11      By _____
12      Bryce A. Gee

13      *Attorneys for Proposed Defendants-Intervenors Mary Davey, Dennis Kennedy, and PLAN*

15 DATE: August 15, 2006      HOPKINS & CARLEY
     A Law Corporation

17      By _____
18      Jay M. Ross

19      *Attorneys for Plaintiffs Elias Heredia, Virginia Burgueno, Randy Kirk, and Clarence Stone*

21 //
22 //

2

1  DATE: August 15, 2006        SANTA CLARA COUNTY COUNSEL
                                John L. Winchester, III, Deputy County Counsel
2

3
                                By _____
4                                   John L. Winchester, III

5                               Attorneys for Defendants Santa Clara County, Santa
                                Clara County Board of Supervisors, and Jesse Durazo
6

7  PURSUANT TO STIPULATION,
   **IT IS SO ORDERED.**
8

9
   Date:    8/18/06
10

11
                                _____
12                              Judge Ronald M. Whyte
                                U.S. District Judge
13

3