**E-FILED on**   8/18/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIAS HEREDIA, VIRGINIA BURGUENO, RANDY KIRK, and CLARENCE STONE,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANTA CLARA COUNTY, THE SANTA CLARA COUNTY BOARD OF SUPERVISORS, and JESSE DURAZO,<br><br>    Defendants,<br><br>and<br><br>MARY DAVEY, DENNIS KENNEDY, and PEOPLE FOR LAND AND NATURE,<br><br>    Defendants-Intervenors. | No. C-06-04718 RMW<br><br>ORDER GRANTING MOTION TO SHORTEN TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>**[Re Docket No. 9]** |

    The plaintiffs in this action are challenging the inclusion on county ballots of a certain initiative. Both the plaintiffs and the original defendants desire to move forward quickly on plaintiffs' pending motion for a preliminary injunction. The intervening defendants state that their attorneys are unavailable on August 25, 2006. While the intervening defendants oppose a hearing date of September 1, 2006, it does not appear that counsel for any party is unavailable on that date.

ORDER GRANTING MOTION TO SHORTEN TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION—No. C-06-04718 RMW
JAH

1   The hearing on plaintiffs' motion for a preliminary injunction shall be on September 1, 2006
2   at 9 a.m. Any opposition to plaintiffs' motion shall be filed by noon on Monday, August 28, 2006.
3   Any reply is due by noon on Wednesday, August 30, 2006.

6   DATED:     8/18/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Jay M. Ross            jross@hopkinscarley.com
Dori Lynn Yob         dyob@hopkinscarley.com

**Counsel for Defendants:**

John L. Winchester, III    john.winchester@cco.sccgov.org
Fredric D. Woocher        fwoocher@strumwooch.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     8/18/06                               /s/ JH
                                          **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO SHORTEN TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION—No. C-06-04718 RMW
JAH                                                                 3