Jay M. Ross, Bar No. 151750
jross@hopkinscarley.com
Dori L. Yob, Bar No. 227364
dyob@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiffs
ELIAS HEREDIA, VIRGINIA BURGUENO,
RANDY KIRK and CLARENCE STONE

* E-filed 9/20/06 *

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIAS HEREDIA, VIRGINIA BURGUENO, RANDY KIRK and CLARENCE STONE,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, a governmental corporation formed under the laws of the State of California, THE SANTA CLARA COUNTY BOARD OF SUPERVISORS, JESSE DURAZO, in his official capacity as the Registrar of Voters for Santa Clara County, and DOES 1 through 25, inclusive<br><br>Defendants,<br><br>and<br><br>MARY DAVEY, DENNIS KENNEDY, and PEOPLE FOR LAND AND NATURE,<br><br>Defendants-Intervenors. | CASE NO. C-06-04718 RMW HRL<br><br>ORDER REJECTING<br>**JOINT STIPULATION TO STAY ACTION PENDING DECISION OF THE *EN BANC* COURT IN *PADILLA v. LEVER*** |

700\477016.1

JOINT STIPULATION TO STAY ACTION PENDING DECISION OF THE *EN BANC* COURT IN *PADILLA V. LEVER*

1  WHEREAS, on or about August 4, 2006, Plaintiffs Elias Heredia, Virginia Burgueno, Randy Kirk, and Clarence Stone (hereinafter collectively, "Plaintiffs") filed an action for Declaratory and Injunctive Relief against Santa Clara County, the Santa Clara County Board of Supervisors, and Jesse Durazo, in his official capacity as the Registrar of Voters for Santa Clara County (hereinafter collectively, "Defendants") challenging petitions circulated to qualify the Initiative for Conservation of Hillsides, Ranchlands, and Agricultural Lands (the "Initiative") for the November 7, 2006 ballot under section 203 of the Voting Rights Act.

WHEREAS, on or about August 15, 2006 Plaintiffs and Defendants stipulated to the intervention of Mary Davey and Dennis Kennedy, two proponents of the Initiative, and People for Land and Nature ("PLAN"), an organization that drafted, sponsored, and circulated for signature the Initiative petition, in the lawsuit (hereinafter collectively "Defendant-Intervenors").

WHEREAS, the Ninth Circuit had previously held that section 203 applied to privately-circulated recall petitions in California, *Padilla v. Lever*, 429 F.3d 910, 922-24 (9th Cir. 2005), but subsequently took the case *en banc*, 446 F.3d 922 (Apr. 20, 2006), and separately ordered the original opinion withdrawn, 446 F.3d 963 (Apr. 28, 2006).

WHEREAS, oral argument before the *en banc* court took place in the *Padilla* case on June 22, 2006, and the matter is still under submission.

WHEREAS, Plaintiffs' filed a Motion for Preliminary Injunction seeking an order enjoining Defendants from further processing, certifying, adopting and/or submitting the Initiative to the voters in the County until the Initiative petitions are re-submitted and re-circulated in multiple languages under the Voting Rights Act of 1965;

WHEREAS, on or about September 1, 2006, the Court issued an Order Denying Plaintiffs' Motion for Preliminary Injunction without prejudice to Plaintiffs' moving for reconsideration following the Ninth Circuit's ruling in the *Padilla* case.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs, Defendants, and Defendant-Intervenors, through their respective undersigned counsel, that:

1.  Pending a decision by the Ninth Circuit *en banc* court in the *Padilla* case, this litigation shall be stayed in its entirety, including, but not limited to, all answers and responsive

pleadings, all law and motion and case management proceedings, all alternative dispute resolution and meet and confer obligations, all initial disclosures and other discovery obligations, and any and all other obligations under the Federal Rules of Civil Procedure and the Civil Local Rules.

2. Plaintiffs shall serve a Notice of Decision on Defendants and Defendant-Intervenors within ten (10) days after the *en banc* court issues a written decision in the *Padilla* case, and shall notify the Court of same within the same time period in a letter copied to all counsel.

3. The stay shall be lifted as of the date Plaintiffs serve a Notice of Decision.

4. Responsive pleadings to Plaintiffs' Complaint for Declaratory and Injunctive Relief shall be due within ten (10) days after service of the Notice of Decision.

5. The Initial Case Management Conference scheduled for November 3, 2006 shall be continued until sixty (60) days after Plaintiffs serve the Notice of Decision; Plaintiffs shall request that the Court reschedule the Initial Case Management Conference in its letter notifying the Court that the Notice of Decision has been served and that the stay has been lifted.

Dated: September 18, 2006

HOPKINS & CARLEY
A Law Corporation

By: _____
Jay M. Ross
Attorneys for Plaintiffs
ELIAS HEREDIA, VIRGINIA BURGUENO, RANDY KIRK and CLARENCE STONE

Dated: September 18, 2006

SANTA CLARA COUNTY COUNSEL

By: _____
John L. Winchester, III, Deputy County Counsel
Attorneys for Defendants
SANTA CLARA COUNTY, SANTA CLARA COUNTY BOARD OF SUPERVISORS, AND JESSE DURAZO

*Signatures Continue on Following Page*

| | | |
|---|---|---|
| 1 | Dated: September 18, 2006 | STRUMWASSER & WOOCHER LLP |

By: _____
Bryce A. Gee
Attorneys for Defendant-Intervenors
MARY DAVEY, DENNIS KENNEDY,
and PLAN

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~
The stipulation is rejected as moot.  The Ninth Circuit has issued its opinion in *Padilla v. Lever*, __ F.3d __, 2006 WL 2671059 (Sept. 19, 2006) (*en banc*).

Dated: 9/20/06   _____
Hon. Ronald Whyte
U.S. District Court Judge
Northern District of California