Jay M. Ross, Bar No. 151750
jross@hopkinscarley.com
Dori L. Yob, Bar No. 227364
dyob@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs
ELIAS HEREDIA, VIRGINIA BURGUENO,
RANDY KIRK and CLARENCE STONE

\* E-filed 10/13/06 \*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIAS HEREDIA, VIRGINIA BURGUENO, RANDY KIRK and CLARENCE STONE<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, a governmental corporation formed under the laws of the State of California, THE SANTA CLARA COUNTY BOARD OF SUPERVISORS, JESSE DURAZO, in his official capacity as the Registrar of Voters for Santa Clara County, and DOES 1 through 25, inclusive<br><br>Defendants,<br><br>and<br><br>MARY DAVEY, DENNIS KENNEDY, and PEOPLE FOR LAND AND NATURE,<br><br>Defendants-Intervenors. | CASE NO.  C-06-04718 RMW  HRL<br><br>**STIPULATION OF DISMISSAL** |

479238.1

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and that each party shall bear its own fees and costs.

Dated: October 5, 2006

HOPKINS & CARLEY
A Law Corporation

By: _____
Jay M. Ross
Attorneys for Plaintiffs
ELIAS HEREDIA, VIRGINIA BURGUENO, RANDY KIRK and CLARENCE STONE

Dated: October 4, 2006

SANTA CLARA COUNTY COUNSEL

By: _____
John L. Winchester, III, Deputy County Counsel
Attorneys for Defendants
SANTA CLARA COUNTY, SANTA CLARA COUNTY BOARD OF SUPERVISORS, AND JESSE DURAZO

Dated: October 4, 2006

STRUMWASSER & WOOCHER LLP

By: _____
Bryce A. Gee
Attorneys for Defendant-Intervenors
MARY DAVEY, DENNIS KENNEDY, and PLAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/13/06

_Ronald M. Whyte_
Hon. Ronald Whyte
U.S. District Court Judge
Northern District of California

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

479238.1

- 2 -

STIPULATION OF DISMISSAL